**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| DONALD THOMPSON SCHMITT, III<br>SARAH MARIE SCHMITT, | CASE NO.  15-40641-JMM |
| Debtors. | |

**AGREED ORDER MODIFYING PLAN FOR THE DEBTOR(S) TO RETAIN TAX REFUNDS PURSUANT TO THE TERMS OF THE CONFIRMED PLAN**

**THIS MATTER** coming before the Court by agreement of the parties, the Debtors having filed their 2018 Federal and State tax returns and anticipating to receive tax refunds totaling $4,474 after CPA fees of $498, and the Debtors contending that $1,380 of their 2018 tax refunds is needed for homeowner's deductible and plumber expenses which is necessary to facilitate the terms of the plan or meet other reasonable and necessary needs of the Debtor(s) as set forth in Paragraph 2.2 of the confirmed plan, and the Trustee having reviewed the Debtor(s)' current income and expenses and stipulating to the same and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the Debtor(s) Plan is so modified to allow the Debtor(s) to retain $1,400 from their 2018 tax refunds for homeowner's deductible and a plumber expense. The Debtor(s) shall provide proof to the Trustee that the funds were used to pay for said expenses within 30 days from the date of this order. The remaining balance of $3,094 shall be turned over the Trustee to be disbursed in accordance with the Plan. Any funds not used for homeowner's deductible and plumber expenses out of the $4,474 shall also be turned over the Trustee to be disbursed in accordance with the Plan.

DATED:  June 21, 2019

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

**AGREED ORDER MODIFYING PLAN - 1**

/s/_____
Kathleen McCallister, Trustee

/s/_____
Alexandra Caval, Attorney for Debtors

**AGREED ORDER MODIFYING PLAN - 2**